UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | EDCV 13-300 DSF (SPx) | Date | 3/5/13 |
|---|---|---|---|
| Title | Chris Johnson v. Nutrapure, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to State Court

   This case was removed based on diversity jurisdiction pursuant to 28 U.S.C. § 1441(b). The notice of removal does not establish that the named plaintiff – or any other single class member – individually has a claim that exceeds $75,000. See Eagle v. Am. Tel. & Tel. Co., 769 F.2d 541, 545 (9th Cir. 1985). Therefore, the case is REMANDED to the Superior Court of California, County of Riverside.

   IT IS SO ORDERED.